IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID NAIMAN, | No. 2:20-CV-0395-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| ENDEAVOR METALS GROUP, LLC, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the Court's general orders closing the courthouses in the Eastern District of California to the public, the parties are directed to arrange telephonic appearances for the July 8, 2020, scheduling conference through CourtCall.

IT IS SO ORDERED.

Dated: July 6, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1