**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SID NAIMAN,<br><br>           Plaintiff,<br><br>   v.<br><br>ENDEAVOR METALS GROUP, LLC,<br><br>           Defendant. | No. 2:20-CV-0395-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. An initial scheduling conference was held on July 8, 2020, before the undersigned in Redding, California. Nick Polis, Esq., appeared telephonically for plaintiff. Stephen Watkins, Esq., appeared telephonically for defendant. Upon consideration of the joint status report on file in this action, discussion with the parties, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

   1.   No further joinder of parties or amendments to the pleadings is permitted without leave of Court for good cause shown.

   2.   Jurisdiction and venue are not contested.

   3.   The parties have represented that initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) were exchanged by July 10, 2020.

///

4.      The parties shall exchange initial lists of expert witnesses no later than May 25, 2021, and lists of rebuttal experts no later than June 29, 2021.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

5.      All discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by July 26 2021.

6.      All other pre-trial motions, including dispositive motions, shall be noticed to be heard by September 28, 2021.

7.      The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated:  July 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE